IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-00809-MSK-MJW

FIFI MENO INGILA,

Plaintiff,

v.

DISH NETWORK CORPORATION, a Nevada corporation,

Defendant.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

    It is hereby ORDERED that plaintiff's Unopposed Motion to Vacate May 28, 2013 Scheduling Conference (Docket No. 7) is GRANTED. The Scheduling Conference set for May 28, 2013 is VACATED. The Scheduling Conference is RESET for June 26, 2013 at 10:00 a.m. The parties' Proposed Scheduling Order shall be filed on or before June 20, 2013.

Date: May 9, 2013