IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-00809-MSK-MJW

FIFI MENO INGILA,

Plaintiff,

v.

DISH NETWORK CORPORATION, a Nevada corporation,

Defendant.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that plaintiff's Unopposed Motion to Vacate June 26, 2013 Scheduling Conference (Docket No. 12) is GRANTED. The Scheduling Conference set for June 26, 2013 at 10:00 a.m. is VACATED. The Scheduling Conference is RESET for August 19, 2013 at 1:30 p.m. The parties' Proposed Scheduling Order shall be filed on or before August 13, 2013.

In addition, the subject motion indicates that defendant has consented to the filing of plaintiff's (Tendered) Second Amended Complaint (Docket No. 11). Accordingly, the Clerk is directed to make the Second Amended Complaint the operative pleading in this matter and change defendant's name accordingly.

Date: June 13, 2013