IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-00809-MSK-MJW

FIFI MENO INGILA,

Plaintiff,

v.

DISH NETWORK LLC, a Colorado limited liability company,

Defendant.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

    It is hereby ORDERED that the Stipulated Motion for Protective Order (docket no. 24) is GRANTED finding good cause shown.  The written Stipulated Protective Order (docket no. 24-1) is APPROVED as amended in paragraph 9 and made an Order of Court.

Date: September 3, 2013