IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-00809-MSK-MJW

FIFI MENO INGILA,

Plaintiff,

v.

DISH NETWORK LLC, a Colorado limited liability company,

Defendant.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that the Motion to Withdraw (Docket No. 28) is GRANTED finding plaintiff Fifi Meno Ingila has not filed a timely response to the motion, and further that there are irreconcilable differences between plaintiff and her counsel. Accordingly, Joseph P. Stengel Jr., John Case, and Kari Jones shall be permitted to withdraw as counsel for plaintiff Fifi Meno Ingila.  The Clerk is directed to remove Joseph P. Stengel Jr., John Case, and Kari Jones from electronic notification in this matter.

It is FURTHER ORDERED that plaintiff Fifi Meno Ingila shall either retain new counsel forthwith or be prepared to proceed without counsel on all future matters, including hearings, depositions, motions, and trial.

It is FURTHER ORDERED that the parties shall comply with the deadlines and restrictions as set forth in the court's Scheduling Order (Docket No. 19).  The Clerk is directed to mail plaintiff Fifi Meno Ingila a copy of the Scheduling Order at her last known address: 1147 S. Xenia Street, Unit A, Denver, Colorado 80247.

Date: October 29, 2013