IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-00809-MSK-MJW

FIFI MENO INGILA,

Plaintiff,

v.

DISH NETWORK LLC, a Colorado limited liability company,

Defendant.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

      It is hereby ORDERED that defendant's Motion to Amend Scheduling Order to Extend Expert Witness Deadlines (Docket No. 41) is GRANTED for good cause shown. The Scheduling Order (Docket No. 19) is amended to: (1) extend the deadline for the parties to make their expert witness disclosures to February 17, 2014; (2) extend the deadline for the parties to make their rebuttal expert disclosures to March 17, 2014; and (3) extend the discovery cut-off date, regarding expert witnesses only, to April 14, 2014.

Date: January 21, 2014