IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-00809-MSK-MJW

FIFI MENO INGILA,

Plaintiff,

v.

DISH NETWORK LLC, a Colorado limited liability company,

Defendant.

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that Plaintiff's Motion to Modify Scheduling Order to Extend Deadlines (docket no. 45) is GRANTED IN PART AND DENIED IN PART as follows. The discovery cut-off for discovery other than expert discovery remains set on March 14, 2014. The initial disclosure of experts is extended to March 17, 2014. The deadline to disclose rebuttal experts is extended to April 18, 2014. The deadline to complete expert depositions is extended to May 30, 2014. The deadline to file dispositive motions is extended to June 20, 2014. The Scheduling Order (docket no. 19) is so amended.

This court finds that the original Complaint was filed in this court on March 29, 2013. See docket no. 1. On June 3, 2013, the Amended Complaint was filed. See docket no. 10. On June 7, 2013, the Second Amended Complaint was filed. See docket no. 11. On August 19, 2013, the Scheduling Order was entered. See docket no. 19. On October 2, 2013, Plaintiff's counsel Joseph P. Stengel Jr., John Case, and Kari Jones filed their Motion to Withdraw (docket no. 28). On October 29, 2013, this court granted the Motion to Withdraw (docket no. 28) and ordered Plaintiff to either retain new counsel forthwith or be prepared to proceed without counsel on all future matters, including hearings, depositions, motions, and trial. See docket no. 33. On January 17, 2014, Defendant filed its Motion to Amend Scheduling Order to Extend Expert Witness Deadlines (docket no. 41). On January 21, 2014, this court granted Defendant's Motion to Amend Scheduling Order to Extend Expert Witness Deadlines (docket no. 41). See docket no. 43. In my Order (docket no. 43), this court extended the deadlines in the Scheduling Order (docket no. 19) as follows: (1) the deadline for the parties to make their expert witness disclosures to February 17, 2014; (3) the deadline for the parties to make their rebuttal expert disclosures was extended to March 17, 2014; and (3) the deadline to complete expert witness discovery only was extended to April 14, 2014. On February 3, 2014, Attorney Tayo O. Okunade entered his appearance on behalf of

Plaintiff. See docket no. 44. Plaintiff waited over three months after this court allowed her previous attorneys to withdraw to retain new legal counsel. On February 7, 2014, new legal counsel Mr. Okunade filed the subject motion (docket no. 45). Good cause has been shown to allow some modification of the Scheduling Order as outlined in detail above.

Date: February 18, 2014