IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-00809-MSK-MJW

FIFI MENO INGILA,

Plaintiff,

v.

DISH NETWORK LLC, a Colorado limited liability company,

Defendant.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

      It is hereby ORDERED that plaintiff's [Motion] Letter (Docket No. 62) is DENIED. Plaintiff requests "to cancel all the upcoming date due to me not having a good representation." It is unclear which due dates plaintiff is requesting the court to vacate. The court notes that on May 20, 2014, it entered a Minute Order (Docket No. 61) vacating the depositions scheduled for May 21, 2014 and May 28, 2014. In addition, the court gave plaintiff up to and including June 2, 2014 to file a written response to defendant's Motion for Contempt of Court (Docket No. 59).

      The court recognizes that plaintiff is currently proceeding *pro se*. The court has previously informed plaintiff that she must retain new counsel or be prepared to proceed without counsel on all future matters, including hearings, depositions, motions, and trial. See Docket No. 33. Plaintiff is responsible for complying with all court-set deadlines, the court's prior orders, and the Federal and Local Rules of Civil Procedure. See, e.g., Green v. Dorrell, 969 F.2d 915, 917 (10th Cir. 1992). If plaintiff feels that she cannot proceed, she may move to voluntarily dismiss her case; otherwise, the case must move forward.

Date: May 27, 2014