IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-00809-MSK-MJW

FIFI MENO INGILA,

Plaintiff,

v.

DISH NETWORK LLC, a Colorado limited liability company,

Defendant.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that Defendant's Motion for Contempt of Court and to Vacate Depositions (Docket No. 59) is DENIED. Having reviewed the subject motion (Docket No. 59) and plaintiff's letter which the court considers a response to the subject motion (Docket No. 65), the court finds there are not sufficient grounds to hold plaintiff in contempt.

If plaintiff still desires to conduct a deposition of defendant's Rule 30(B)(6) representative, plaintiff must meet and confer with counsel for defendant to schedule a time and place for the deposition.

Date: June 9, 2014