IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Chief Judge Marcia S. Krieger

Civil Action No. 13-cv-00809-MSK-MJW

FIFI MENO INGILA,

        Plaintiff,

v.

DISH NETWORK LLC,

        Defendant.

---

## FINAL JUDGMENT

---

In accordance with orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P 58(a)(1), the following Final Judgment is hereby entered.

Pursuant to the Opinion and Order Granting Motion for Summary Judgment (Doc. #84) it is

ORDERED that judgment is entered in favor of defendant Dish Network LLC and against plaintiff Fifi Meno Ingila on all claims. The case is closed.  It is further

ORDERED that costs are awarded to the defendant and against the plaintiff upon the filing of a bill of costs within 14 days of entry of judgment, in accordance with the procedures set forth in Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1.

Dated this 19th day February, 2015.

ENTERED FOR THE COURT:
JEFFREY P. COLWELL, CLERK

s/Patricia Glover
  Deputy Clerk